IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| PEARL RESOURCES, LLC and | § | Case No. 20-31585-11 |
| | § | |
| PEARL RESOURCES OPERATING CO. LLC, | § | Case No. 20-31586-11 |
| | § | |
| | § | Jointly Administered under Case No. 20-31585 |
| Debtors. | § | |
| | § | |
| Pearl Resources LLC | § | |
| Pearl Resources Operating Co. LLC | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. Proc. No. 20-03077 |
| | § | |
| Allied OFS LLC, Maverick Oil Tools LLC, Pilot Thomas Logistics LLC, Ricardo Huitron d/b/a RH Trucking, Adelaida Ramos Huitron d/b/a RH Trucking, and RH Trucking LLC | § | |
| | § | |
| Defendants. | § | |

**ALLIED OFS LLC'S STATEMENT REGARDING
CONSENT TO ENTRY OF ORDERS OR JUDGMENT IN CORE PROCEEDING**

Allied OFS, LLC, by and through the undersigned counsel, hereby files this statement pursuant to Bankruptcy Rule 7012 and Bankruptcy Local Rule 7012-1. Allied OFS, LLC consents to entry of final orders or judgment by the Bankruptcy Court and consents to the entry of final orders or judgment by the Bankruptcy Judge if it is determined that the Bankruptcy Judge, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

Dated: June 12, 2020 

Respectfully submitted,

*/s/ Basheer Y. Ghorayeb*
Basheer Y. Ghorayeb
State Bar No. 24027392
E-mail: bghorayeb@winston.com
John T. Sullivan (*pro hac vice forthcoming*)
State Bar No. 24098485
E-mail: jsullivan@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Tel: (214) 453-6500
Fax: (214) 453-6400

*And*

Daniel J. McGuire (*pro hac vice forthcoming*)
IL State Bar No. 06239526
E-mail: dmcguire@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

**Attorneys for Allied OFS, LLC**

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on June 12, 2020, a true and correct copy of the foregoing document was served on all parties requesting service via the Court's ECF system.

*/s/ Basheer Y. Ghorayeb*
Basheer Y. Ghorayeb

| | |
|---|---|
| Joshua N. Eppich<br>State Bar I.D. No. 24050567<br>Bryan C. Assink<br>State Bar I.D. No. 24089009<br>J. Robertson Clarke<br>State Bar I.D. No. 24108098<br>BONDS ELLIS EPPICH SCHAFER JONES LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>(817) 405-6900 telephone<br>(817) 405-6902 facsimile<br>Email: Joshua@bondsellis.com<br>Email: Bryan.Assink@bondsellis.com<br>Email: Robbie.Clarke@bondsellis.com<br><br>*Attorneys for Pilot Thomas Logistics LLC* | Todd J. Johnston<br>MCWHORTER, COBB AND JOHNSON, L.L.P.<br>P.O. Box 2547<br>Lubbock, Texas 79408<br>Tel: (806) 762-0214<br>Fax: (806) 762-8014<br>Email: tjohnston@mcjllp.com<br><br>*Attorneys for Maverick Oil Tools, LLC* |
| J. Beverly<br>FERGUSON BRASWELL FRASER KUBASTA, PC<br>9 Greenway Plaza, Suite 500<br>Houston, Texas 77046<br>Tel: (713) 403-4200<br>Fax: (713) 403-4201<br>Email: jb@fbfk.law<br><br>Walter J. Cicack<br>Email: wcicack@hcgllp.com<br>Jeremy M. Masten<br>Email: jmasten@hcgllp.com<br>HAWASH CICACK & GASTON LLP<br>3401 Allen Parkway, Suite 200<br>Houston, Texas 77019<br>Tel: (713) 658-9015<br>Fax: (713) 658-9015<br><br>*Attorneys for Debtors* | |